UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 18 2010
Clerk, U.S. District and
Bankruptcy Courts

ANTOINE TUCKSON, )
)
Plaintiff, )
) Civil Action No. 10 0450
v. )
)
JOHN CAULFIELD, *et al.*, )
)
Defendants. )

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED; it is

FURTHER ORDERED that this action is DISMISSED under 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE: 3/12/10

_____
United States District Judge